IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA FILSAIME, acting as parent and natural guardian of J.F. and M.F., minors, | : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : | NO. 14-6506 |
| BETH ANN CARUSO, BANNER LIFE INSURANCE COMPANY, and UNIVEST BANK AND TRUST COMPANY, | : : : : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *13th* day of *January*, 2015, upon consideration of Plaintiff Maria Filsaime's Motion for Remand (Docket No. 12), the Response of Defendant-Intervenor Univest Bank and Trust Company (Docket No. 17), and the Response of Defendant Beth Ann Caruso (Docket No. 18), it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.